**93–1085.** State v. Said. *Lake County*, No. 92–L–018. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Lake County. Upon consideration of appellee/cross-appellant's application for dismissal of his cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the appeal of the state of Ohio remains pending and the appellant may file a reply brief pursuant to S.Ct.Prac.R. VI(3).

**93–2606.** Nationwide Mut. Ins. Co. v. Baker. *Hamilton County*, No. C–920468. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. On May 8, 1995, this court ordered the parties to show cause on or before May 18, 1995, why this case should not be dismissed. There being no response to the order from the parties,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

**95–975.** State v. Hopkins. *Hamilton County*, No. C–940554. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's denial of his post-conviction petition and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective May 23, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**95–994.** State v. Melton. *Richland County*, No. 85CA2450. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective May 23, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**95–1000.** State v. Moore. *Hamilton County*, No. C–930778. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's dismissal of his post-conviction petition and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective May 23, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.